No. 00–8288. WISHMAN v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 00–8297. MORELAND v. MADRID, ATTORNEY GENERAL OF NEW MEXICO. C. A. 10th Cir. Certiorari denied.

No. 00–8301. POZO v. BERTRAND, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–8302. HALSTEAD v. HOYT, SUPERINTENDENT, OREGON WOMEN'S CORRECTIONAL CENTER. C. A. 9th Cir. Certiorari denied.

No. 00–8306. HARPER v. TOMPKINS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–8307. FORDJOUR v. SCHNEIDER, JUDGE, SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY. C. A. 9th Cir. Certiorari denied.

No. 00–8310. STUCK v. MARTIN, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–8312. WILLIAMS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–8314. THOMPSON v. PRESTERA CENTER FOR MENTAL HEALTH SERVICES ET AL. Cir. Ct. Cabell County, W. Va. Certiorari denied.

No. 00–8316. THOMAS v. LOVELL, WARDEN, ET AL.; and GUY v. LOVELL, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–8319. DANSBY v. MITCHEM, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–8321. BAILEY v. BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 00–8323. PRESTON v. CARUSO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–8326. BAXTER v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.